opinion. The same order is made as to substitution of the Honorable Walter F. Wood, Judge of the Sullivan Circuit Court, as respondent in place of Judge Pigg, whose term has expired. The relator herein and Clarence "Lib" McClure were candidates for the office of commissioner of Sullivan County for the 1st District. The same surety executed the undertaking filed in the two recount proceedings. It is shown herein by supplemental complaint that another proceeding for recount is pending in the same court in which Harold Neal is plaintiff and Lawrence "Brownie" Huff is defendant, which proceeding was filed prior to the filing of relator Davidson's petition for a recount, and we are asked by the prayer of the supplemental petition that the respondent be mandated to consolidate relator's cause with that of *Neal* v. *Huff*. We think that the mandate in the opinion in *State ex rel. Watson* v. *Pigg* is sufficient. Accordingly, on the authority of said case, the petition for writ of mandate is granted and the incumbent judge is ordered to reinstate relator's petition, approve the undertaking and take such other steps as are required by the statute under the issues presented by the petition.

NOTE.—Reported in 46 N. E. (2d) 237.

MARY GRACE WELLS SCHAAF ET AL. *v.* STATE OF INDIANA.

[No. 27,841. Filed June 24, 1943.]

*Crumpacker & Friedrich,* of Hammond, for appellant.

*James A. Emmert,* Attorney General, *Frank Hamilton,* First Assistant Attorney General, *Frank E. Coughlin,* Deputy Attorney General, *Charles W. Gannon,* of Crown Point, and *Henry G. Doherty,* of East Gary, for appellee.

SWAIM, C. J.—The motion of the State to dismiss this appeal presents the same questions as were presented in *Mary Grace*

*Wells Schaaf* v. *State of Indiana,* No. 27840 in this court, *ante* p. 563, 49 N. E. (2d) 539. On the authority of that case this appeal is dismissed.

NOTE.—Reported in 49 N. E. (2d) 542.

MARY GRACE WELLS SCHAAF ET AL. *v.* STATE OF INDIANA.

[No. 27,842. Filed June 24, 1943.]

*Frederick C. Crumpacker,* and *Richard P. Tinkham,* both of Hammond, *George E. Hershman,* of Crown Point, and *Gilbert Gruenberg,* of Gary (*Crumpacker & Friedrich,* and *Tinkham & Tinkham,* all of Hammond, of counsel), for appellant.

*James A. Emmert,* Attorney General, *Frank Hamilton,* First Assistant Attorney General, *Frank E. Coughlin,* Deputy Attorney General, *Charles W. Gannon,* of Crown Point, and *Henry G. Doherty,* of East Gary, for appellee.

SWAIM, C. J.—The motion of the State to dismiss this appeal presents the same questions as were presented in *Mary Grace Wells Schaaf* v. *State of Indiana,* No. 27840 in this court, *ante* p. 563, 49 N. E. (2d) 539. On the authority of that case this appeal is dismissed.

NOTE.—Reported in 49 N. E. (2d) 543.